AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ERICK O. ALFARO**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 19, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER RYAN KLIPP**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER RYAN KLIPP**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                              City and State

_____       _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

**STATEMENT OF FACTS**

On November 19, 2007, sworn officers with the Metropolitan Police Department's Fourth District responded to xxxx Xxxxx Xxxxxxx Xxxxxx, X.X., Washington, D.C. to assist on a canvass for an assault with a deadly weapon.  The lookout was for a hispanic male with a black shirt.  Officers saw the defendant, Erick Alfaro, wearing a black shirt, sitting on a wooden rail.  Officers approached the defendant and asked if he had any drugs, guns, needles, or stems, and the defendant said he did.  The defendant then removed a clear bag with nine small bags containing a white powder from his boxers.  Officers asked the defendant if he had anything else, and the defendant stated he did.  Officers recovered a clear plastic bag containing a white rock-like substance, a Ruger 9mm handgun, and $252.33 in U.S. Currency from the defendant.  The white rock-like substance appeared to be crack cocaine.  A portion of the white rock-like substance and white powder substance field tested positive for cocaine.  Officers placed the defendant under arrest. The approximate weight of the white rock-like substance  was 20 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER RYAN KLIPP
FOURTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF NOVEMBER, 2007.


_____
U.S. MAGISTRATE JUDGE